**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF EARL T. KESLAR,   :   No. 84 MM 2017
JR.   :
  :
  :
PETITION OF: SUSANNAH D. KESLAR   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.